UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    -v-                            :     **INFORMATION**

KHOO CHEE HOENG,                   :     S4 07 Cr. 619 (RMB)
    a/k/a "Poon Chi Hung,"
                                  :

          Defendant.
                            :

- - - - - - - - - - - - - - - - - x

## COUNT ONE

    The United States Attorney charges:

    1.    From at least in or about September 2006, up to and including at least in or about May 2007, in the Southern District of New York and elsewhere, KHOO CHEE HOENG, a/k/a "Poon Chi Hung," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.    It was a part and an object of the conspiracy that KHOO CHEE HOENG, a/k/a "Poon Chi Hung," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

<u>Overt Act</u>

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a.  On or about March 17, 2007, at approximately 6:30 p.m., KHOO CHEE HOENG, a/k/a "Poon Chi Hung," the defendant, spoke with a co-conspirator not named as a defendant herein ("CC-1") in coded language over the telephone, and HOENG agreed to bring CC-1 a quantity of heroin.

(Title 21, United States Code, Section 846.)

**<u>FORFEITURE ALLEGATION</u>**

4.  As a result of committing the controlled substance offense alleged in Count One of this Information, KHOO CHEE HOENG, a/k/a "Poon Chi Hung," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

<u>Substitute Asset Provision</u>

a.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of

due diligence;

        (2) has been transferred or sold to, or deposited with, a third person;

        (3) has been placed beyond the jurisdiction of the Court;

        (4) has been substantially diminished in value; or

        (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

                                          /s/ Michael J. Garcia
                                    MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

KHOO CHEE HOENG,
a/k/a "Poon Chi Hung,"

**Defendant.**

## INFORMATION

S4 07 CR 619 (RMB)

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney