UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,



**ORDER**

    -against-                                                    07 CR. 619 (RMB)

KHOO CHEE HOENG,

                      Defendant.
------------------------------------------------------------X

        WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 3, 2008;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

        IT IS HEREBY ORDERED that KHOO CHEE HOENG's guilty plea is accepted.

Dated: New York, New York
       June 11, 2008



RICHARD M. BERMAN, U.S.D.J.